IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONZELL GREEN,

    Petitioner,

vs.

JAMES WALKER, et al,

    Respondents.

No. C 07-6097 TEH (PR)

ORDER OF DISMISSAL AND INSTRUCTIONS TO THE CLERK

Petitioner, a state prisoner currently incarcerated at California State Prison, Sacramento and a frequent litigant in this Court, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a 1991 conviction from the Superior Court of the State of California in and for the County of Alameda. An earlier federal petition was denied on June 6, 2001 as a second or successive petition, based on Petitioner's three prior habeas petitions in this Court challenging the same conviction. See Green v. Ortiz, No. C 3:00-cv-4615 TEH (N.D. Cal. filed June 6, 2001).

A second or successive petition may not be filed in this Court unless Petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order. As such, the Clerk shall close the file and enter judgment in accordance with this order.

SO ORDERED.

DATED:  12/12/07

THELTON E. HENDERSON
United States District Judge