UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LONZELL GREEN,

        Plaintiff,

  v.

JAMES WALKER et al,

        Defendant.
_____/

Case Number: CV07-06097 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lonzell Green #:H-09191
California State Prison-Sacramento
P.O. Box 290066
Represa, CA 95671-290066

Dated: December 13, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk