**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RICHARD W. WIEKING  
CLERK

450 GOLDEN GATE AVENUE  
SAN FRANCISCO, CA 94102  
(415) 522-2000  
FAX (415) 522-2176

# FIRST NOTICE OF PAYMENT DUE

Lonzell Green  
CA State Prison-Sacramento  #:H-09191  
P.O. Box 290066  
Represa, CA 95671-290066

**Notice Date**  
1/15/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs.  Your application for In Forma Pauperis was denied and the filing fee is now due.

*This fee is due for the following case:*

**Case Title:  Green v. Walker**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 3:07-cv-06097-TEH | 12/3/2007 | 12/3/2007 | $5.00 |

Please immediately send a check for $5.00 to the following address:

   **United States District Court**
   **450 Golden Gate Avenue, 16th Floor**
   **San Francisco, CA 94102**

   **Make your check payable to "Clerk, U.S. District Court."**
   Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.    Total amount due:  $5.00**